UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

Criminal Case No. 05-342-17 (RCL)

**GERMAN VILLEGAS-MEJIA (17)**
**a.k.a. "El Doctor,"**

Defendant.

**PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain German Villegas-Mejia (Villegas) without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _______ day of ______________, 2007,

ORDERED, that the Government's motion is granted and that German Villegas-Mejia (Villegas) will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that the German Villegas-Mejia should be detained because he has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. German Villegas-Mejia has no significant ties to the United States and his personal characteristics support the conclusion that they are a risk of flight if released.

3. German Villegas-Mejia is a danger to the community in general as a result of his drug trafficking activities.

4. German Villegas-Mejia has not rebutted the presumption contained in the Bail Reform

Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendant at trial. See 18 U.S.C. § 3142(e).

5. German Villegas-Mejia shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. German Villegas-Mejia shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

____________________________________
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc: Patrick H. Hearn, Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., N.W.,
Washington, D.C. 20530

Cynthia Katkish
601 Pennsylvania Ave. N.W.
Suite 900S
Washington, DC 20004-3615
(202) 639-8132