UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA


v.                                                           CRIM. CASE NO 05-342 (RCM)


GERMAN VILLEGAS-MEJIA


ATTORNEY APPEARANCE

Please enter my appearance in the above-captioned case.


                                                Respectfully submitted,


_____
Cynthia Katkish #418876
601 Pennsylvania Ave. NW
900-south pmb 221
Washington, D.C. 20004
Office 202-639-8132
Cell 202-997-1386
Fax 202-639-2000
ckatkish1@comcast.net