UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GERMAN VILLEGAS-MEJIA (17)<br>a.k.a. "El Doctor."<br><br>Defendant. | )<br>)<br>)<br>)  CRIMINAL NO. 05-342-17 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon defendant's oral request and without objection of the Government, defendant shall be held at the Correctional Treatment Facility (CTF).

SO ORDERED.

_____        10/29/07
United States District Judge Royce C. Lamberth        Date