UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA                    CR. NO. 05-342 (RCL)

MOTION FOR INTERIM COMPENSATION
FOR CJA PANEL ATTORNEYS AND INTERPRETERS

Undersigned counsel pursuant to the Federal Rules of Criminal Procedure and the provisions of the Criminal Justice Act respectfully requests that this Honorable Court approve interim compensation for counsel and for interpreters.

In support of this request, counsel states the following:

1. The defendant stands indicted in a multi-count indictment in which he along with other co-defendants are charged with Conspiracy to Distribute Five-Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States.

2. The evidence includes many hours of intercepted telephone conversations spoken in different languages, call summaries written in Spanish, legal documents of the Colombian government written in Spanish, video tapes, and other lengthy material.

3. The Court has ruled that this case is complex and extended in approving the Government's request for an extension of the speedy trial time period. Government counsel expects the trial to begin next year.

4. Mr. Villegas-Mejia is a Spanish-speaking citizen of Colombia. He does not speak or understand the English language. The assistance of a Spanish-speaking interpreter(s) is necessary for attorney-client communication. A back-up interpreter to assist counsel

when the lead interpreter is unavailable is also necessary. Counsel expects to meet with the defendant four or five hours a week unless there is a disposition of this case prior to trial.

5. Because of the expected length and complexity of this case and the fact that the trial will begin next year, counsel believes that approval of the attached order is necessary to avoid the financial hardship that might accompany uncompensated representation by defense counsel and the interpreters.

WHEREFORE, for the foregoing reasons, defense counsel respectfully requests that the Court grant this motion and authorize the payment of interim compensation for all CJA counsel and interpreters.

Respectfully submitted,

_____
Cynthia Katkish
601 Pa. Ave. N.W.
Suite 900-south #221
Washington, D.C. 20004
202-997-1386 cell
202-639-8132 office
202-639-2000 fax
ckatkish1@comcast.net