UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA

CR. NO. 05-342 (RCL)

O R D E R

This matter comes before the court on defense counsel's Motion for Interim Compensation for CJA Panel Attorneys and Interpreters.

Because of the length and complexity of the proceedings in this case and due to the necessity for the defendants to be provided with Spanish-speaking interpreters to facilitate attorney-client communication, CJA appointed counsel and CJA interpreters may use the following procedures to obtain interim payments during the course of their representation:

1. <u>CJA Appointed Counsel</u>

Counsel may submit to the Office of the Federal Defender Interim CJA Form 20 setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

The first interim voucher, due within twenty (20) days following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment. Thereafter, counsel shall submit interim vouchers every 30 days as set forth above.

The Court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours up to a total of $7,000.00 and

for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling, excluding reimbursement sought for expenses, these vouchers must be approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-third of the total amount approved for each voucher submitted shall be withheld until the final accounting.

At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-third balance withheld for the earlier Interim Vouchers. The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

2.     <u>Interpreters</u>

Interpreters may submit to the Office of the Federal Defender interim vouchers (CJA Form 21) setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

Each interim voucher shall be submitted for payment for each $1,000 worth of services rendered. Each interim voucher shall be consecutively numbered. When the

interpreter's services are no longer needed, a final voucher shall be submitted. The notation "Final Voucher" should be typed at the top of the last voucher submitted for reimbursement.

SO ORDERED

_____   _____
DATE                       ROYCE C. LAMBERTH
                           UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLUMBIA


_____   _____
DATE                       THE HONORABLE JUDGE BROWN
                           CHIEF JUDGE, U.S. COURT OF
                           APPEALS FOR THE DISTRICT OF
                           COLUMBIA CIRCUIT