UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CR. NO. 05-342 (RCL)

GERMAN VILLEGAS-MEJIA

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL
ACT AND DECLARE THE CASE COMPLEX

Defendant, Mr. Villegas-Mejia, by and through counsel, responds to the

Government's Motion to Exclude Time Under the Speedy Trial Act and states:

1. The December 4, 2007 Status Hearing.

The Government in its motion requests that the Court toll the running of the Speedy

Trial Act until other defendants are extradited to the United States. However, the

Government represented at the Dec. 4, 2007 status hearing that the codefendants with

whom Mr. Villegas will be tried would arrive by the end of Dec. 2007 or by the middle of

Jan. 2008. The Government does not explain in its motion the reasons for its changed

position as it relates to Mr. Villegas.

The Government also represented at the Dec. 4, 2007 hearing that it would not ask

the Court to delay the case until the remaining defendants (not those arriving by the end

of Jan. 2008) are arrested and extradited. The Government again fails to explain in its

motion the reasons for its changed position as it relates to Mr. Villegas.

2. Three-to-six month delays.

The Government represents that three to six months is a reasonable period of time to wait for the other defendants. A year ago, in another Motion to Exclude Time Under the Speedy Trial Act, the Government asked the Court to exclude the same amount of time, three to six months, in order for the Colombian government to extradite the other defendants. In that motion, the Government represented that Mr. Villegas-Mejia, Mr. Murillo-Lenis, Mr. Gutierrez-Diaz, and eight others were expected to be extradited in an "estimated 3-6 month period." Pgs. 3-4. However, Mr. Villegas-Mejia did not appear before the court until nine months later, or on Oct. 23, 2007, and Mr. Murillo-Lenis and Mr. Gutierrez-Diaz eleven months later, or on Dec. 13, 2007.

Defendant submits that it is unlikely that the other defendants will arrive within the next three to six months, and therefore, requests that the Court deny the Government's request to toll the running of the Speedy Trial Act until other defendants are extradited.

In the alternative, Mr. Villegas requests that the Court release him from jail and place him on house arrest.

3. Translations/Transcriptions.

The evidence against Mr. Villegas has been in the Government's possession for nearly two years. A grand jury returned an indictment against the defendant on April 18, 2006, and the United States presented a provisional arrest request to the Columbian government for defendant's arrest on Aug. 2, 2006. On Sept. 18, 2006, Special Agent Robert Zachariasiewiczon swore to an Affidavit in Support of Extradition in which he said in paragraph 8 that the evidence includes "telephone conversations intercepted through Colombian court authorized wiretaps, subsequent surveillance conducted by

Colombia National Anti-Narcotics personnel, records of narcotics seizures made in the Caribbean region and Colombia and witness statements."

The Government has had a sufficient amount of time to review, prepare, translate, and transcribe the audio and documentary evidence. Defendant requests that the Court direct the Government to provide all translations and transcriptions by a date certain.

Mr. Villegas has lived in a cell for over sixteen months. He does not wish to languish in jail for an inordinate period of time, waiting for the other defendants to be extradited or for the government to prepare its evidence for trial.

Therefore, Mr. Villegas respectfully requests that the Court

a.  Deny the Government's request to toll the running of the Speedy Trial Act until the other defendants are extradited; or in the alternative

b.  Release him from jail and place him on house arrest; and

c.  Direct the Government to provide all translations and transcriptions by a date certain.

Respectfully submitted,

_____

Cynthia Katkish #418876
Attorney for Mr. Villegas-Mejia
601 Pa. Ave. N.W.
Suite 900-South
Washington, D.C. 20004
Cell 202-997-1386
Fax 202-639-2000
Office 202-639-8132
ckatkish1@comcast.net