UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA

CR. NO. 05-342 (RCL)

ORDER

This matter comes before the Court on the Government's Motion to Exclude Time Under the Speedy Trial Act. Based on the Government's motion, the defendant's written response to said motion, and the record herein

IT IS HEREBY ORDERED that

1. The Government's motion to suspend time under the Speedy Trial Act until other defendants are extradited is hereby DENIED; and that

2. The Government provide defense counsel with translations and transcriptions of all evidence by _____.

IT IS SO ORDERED THIS _____ DAY OF JANUARY 2008.

_____
THE HONORABLE ROYCE C. LAMBERTH