UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>v.<br><br>**GERMAN VILLEGAS-MEJIA (17)**<br>a.k.a. "El Doctor."<br><br>**Defendant.** | ) ) ) ) ) ) ) ) ) ) ) | **CRIMINAL NO. 05-342-17 (RCL)**<br><br>**FILED**<br>JAN - 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

It is hereby

ORDERED that the Clerk shall file as part of the public record in this case the letter dated December 18th, 2007, that this Court received from Colombian Consul Julio Cesar Aldana Bula. The enclosures accompanying this letter, which address issues related to defendant's extradition, shall also be a part of the public record in this case. It is further hereby

ORDERED that counsel for both parties in this matter shall receive copies of this Order, the letter, and its enclosures.

SO ORDERED.

_____          _1/3/08_
United States District Judge Royce C. Lamberth          Date