UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA                    CR. NO. 05-342 (RCL)


MOTION FOR INTERIM COMPENSATION FOR TRANSLATOR/TRANSCRIBER

Undersigned counsel pursuant to the Federal Rules of Criminal Procedure and the provisions of the Criminal Justice Act respectfully requests that this Honorable Court approve interim compensation for translator/transcriber, Patricia Michelsen-King.

In support of this request, counsel states the following:

1. The defendant stands indicted in a multi-count indictment in which he along with others are charged with Conspiracy to Distribute Five-Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States.

2. The prosecution alleges an international cocaine trafficking conspiracy involving multiple defendants from Colombia, Jamaica and Mexico. The evidence includes many hours of intercepted telephone conversations spoken in Spanish, transcripts of the conversations written in Spanish, call summaries written in Spanish, and legal documents of the Colombian government written in Spanish.

3. The defendants require transcription/translation services (Spanish into English) to prepare for trial. Patricia Michelsen-King, a certified interpreter, has been hired to provide these services to the defendants who are represented by court-appointed counsel.[1]

4. Based on the number of hours of wiretaps, counsel believes that approval of the attached order is necessary to avoid the financial hardship that might accompany uncompensated representation by Ms. Michelsen-King.[2]

5. The Court has ruled that this case is complex and extended in approving the Government's request for an extension of the speedy trial period.

6. All parties anticipate the trial to begin in September 2008.

WHEREFORE, for the foregoing reasons, defense counsel respectfully requests that the Court grant this motion and authorize the payment of interim compensation for Patricia Michelsen-King.

Respectfully submitted,

__S/S_____
Cynthia Katkish
601 Pennsylvania Ave. N.W.
Suite 900-south #221
Washington, D.C. 20004
202-997-1386 cell
202-639-8132 office
202-639-2000 fax
ckatkish1@comcast.net

---

[1] Counsel submitted a CJA Form 21 to the criminal clerk's office on Feb. 1, 2008 requesting authorization for Ms. Michelsen-King's services. Ms. Michelsen-King's fee is $54.00/hour.

[2] An exact figure of the final cost cannot be determined at this time. The cost will depend on the number of transcriptions requested by defense counsel.