UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                                          CR. NO. 05-342 (RCL)

GERMAN VILLEGAS-MEJIA

O R D E R

This matter comes before the court on defense counsel's Motion for Interim Compensation for Translator/Transcriber.

Because of the projected length and complexity of this case and due to the necessity of the defendants to be provided with transcription/translation services, Patricia Michelsen-King may use the following procedures to obtain interim payments during the course of her representation:

Ms. Michelsen-King may submit to the Office of the Federal Public Defender interim vouchers (CJA Form 21) describing the services rendered and all reimbursable expenses. The notation "Interim" should be typed on the top of these forms.

Each interim voucher shall be submitted for payment for each $1,000 worth of services rendered. Each interim voucher shall be consecutively numbered. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting.

At the conclusion of the case, a final voucher shall be submitted seeking payment for the final services rendered and the one-third balance withheld from the earlier interim vouchers. The notation "Final Voucher" should be typed at the top of the last voucher submitted for reimbursement.

SO ORDERED

_____                    _____
DATE                                       THE HONORABLE ROYCE C. LAMBERTH