UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA

CR. NO. 05-342-17 (RCL)

ORDER

This matter comes before the court on defense counsel's Motion for Interim Compensation for CJA Panel Attorneys and Interpreters.

Because of the length and complexity of the proceedings in this case and due to the necessity for the defendants to be provided with Spanish-speaking interpreters to facilitate attorney-client communication, it is hereby

**ORDERED** that the motion is **GRANTED** subject to the procedures governing payment of interim vouchers set forth herein; it is further

**ORDERED** that the authorization for payment of interpreter services in excess of the statutory maximum of $1,600, see 18 U.S.C. § 3006A(e)(3), is hereby certified as warranted based on the unusual duration of the proceedings and the need to provide fair compensation; and it is further

**ORDERED** that the following procedures shall govern interim payments for interpreter services:

1. Interpreters may submit to the Office of the Federal Defender interim vouchers (CJA Form 21) each month setting forth an itemization of compensation

earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

2.   The Court will review and act upon the interim vouchers when submitted. To the extent that the first interim voucher or any subsequent interim voucher cumulatively seeks hourly compensation exceeding the $1,600 CJA per-case ceiling (excluding reimbursement sought for expenses reasonably incurred), these vouchers must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made.  One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting.

3.   At the conclusion of the representation, the interpreter shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers, as well as payment for services provided during the final interim period. After review by the Office of the Federal Public Defender, the voucher must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made.

It is further hereby

**ORDERED** that the following procedures shall govern interim payments for CJA appointed counsel:

1.   Counsel may submit to the Office of the Federal Defender Interim CJA Form 20 setting forth an itemization of compensation earned and reimbursable

2

expenses. The notation "Interim Compensation" should be typed on the top of these forms.

2.  The first interim voucher, due within twenty (20) days following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment. Thereafter, counsel shall submit interim vouchers every 30 days as set forth above.

3.  The Court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling, excluding reimbursement sought for expenses, these vouchers must be approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting.

4.  At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers. The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval.

The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

**SO ORDERED**

_1/16/08_
DATE

_Royce C. Lamberth_
U.S. District Judge Royce C. Lamberth

_2/20/08_
DATE

_Janice R. Brown_
U.S. Circuit Judge Janice Rogers Brown
for ~~Douglas H. Ginsburg,~~ David B. Sentelle
Chief Judge, U.S. Court of Appeals,
D.C. Circuit