UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GERMAN VILLEGAS-MEJIA

CR. NO. 05-342-17 (RCL)

O R D E R

This matter comes before the court on defense counsel's Motion [104] for Interim Compensation for Translator/Transcriber.

Because of the length and complexity of the proceedings in this case and due to the necessity for the defendants to be provided with transcription/translation services it is hereby

**ORDERED** that the motion is **GRANTED** subject to the procedures governing payment of interim vouchers set forth herein; it is further

**ORDERED** that the authorization for payment of translation/transcription services in excess of the statutory maximum of $1,600, *see* 18 U.S.C. § 3006A(e)(3), is hereby certified as warranted based on the unusual duration of the proceedings and the need to provide fair compensation; and it is further

**ORDERED** that Patricia Michelsen-King may use the following procedures to obtain interim payments for translator/transcriber services:

1.  The translator/transcriber may submit to the Office of the Federal Defender interim vouchers (CJA Form 21) each month setting forth an itemization

of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

2.  The Court will review and act upon the interim vouchers when submitted. To the extent that the first interim voucher or any subsequent interim voucher cumulatively seeks hourly compensation exceeding the $1,600 CJA per-case ceiling (excluding reimbursement sought for expenses reasonably incurred), these vouchers must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made. One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting.

3.  At the conclusion of the representation, the translator/transcriber shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers, as well as payment for services provided during the final interim period. After review by the Office of the Federal Public Defender, the

voucher must be approved by both this Court and the Chief Judge of the Circuit or his delegatee before disbursement can be made.

**SO ORDERED**

2/6/08
DATE

*Royce C. Lamberth*
U.S. District Judge Royce C. Lamberth

2/20/08
DATE

*Janice R. Brown*
U.S. Circuit Judge Janice Rogers Brown
for ~~Douglas H. Ginsburg~~, David B. Sentelle
Chief Judge, U.S. Court of Appeals,
D.C. Circuit

3

Case 1:05-cr-00342-RCL    Document 117    Filed 02/25/2008    Page 4 of 4