UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 18 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-342-03, |
| : | 12, 15, 17, 18, 19 |
| : | (RCL) |
| : | |
| ARCHBOLD-MANNER et. al., : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | |

### ORDER

Upon consideration of Defendants' Motion To Extend Time to File Pretrial Motions, and the entire record in this case, it is hereby this ___18th___ day of July, 2008,

**ORDERED**, that the defendants' motion be **GRANTED**; and is further

**ORDERED**, that the deadline for the filing of pretrial motions shall be extended until July 21, 2008.

Royce C. Lamberth
ROYCE C. LAMBERTH,
CHIEF JUDGE
United States District Court
for the District of Columbia