## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-24 (RCL) |
| ) | |
| ARCHBOLD MANNER, ET AL. ) | |
| (Jose Hugo Alvarez-Lozano, Jesus ) | |
| Antonio Murillo-Lenis; Enrique ) | |
| Oyola-Ropero, German Villegas-Mejia, ) | |
| Gerardo Tobon-Rojas, Ranfer Manuel ) | |
| Rios-Mercado, Juan Eduardo ) | |
| Perez-Rincon, Fernando Zapata-Bermudez) ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

## ORDER

Upon consideration of the motion of the government, for an extension of time, it is this _____ day of _____ 2008, hereby **ORDERED,** that the government's motion is **GRANTED.**

It is further **ORDERED**, the government shall file its responses by August 10, 2008 and a hearing on the motions shall be held August 14, 2008.

_____

Honorable Royce C. Lamberth
U.S. District Chief Judge
United States District Court
for the District of Columbia