UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, : | |
| Defendant. : | |

**MOTION FOR PERMISSION TO FILE OUT OF TIME**

JESUS MURILLO LENIS, through his court-appointed attorney, Anthony D. Martin, moves pursuant to Fed. R. Crim. P 12(b)2 and (b)(3)(C) for reasons set forth below.

*Procedural Posture*

The Defendant was indicted on November 14th, 2005, in a multiple count, multiple defendant case. The case was declared extended and complex by the court due in part to extra-territorial application of United States Laws and foreign language complications. A superseding indictment was filed on January 3rd, 2006. A second superseding indictment was filed on April 18th, 2006. A third superseding indictment was fled on May 6th, 2008. Counsel was first contacted by the Federal Public Defender on July 9th, 2008 to represent Mr. MURILLO- LENIS and his appearance was entered on July 21st, 2008. No special scheduling order was set with respect to defendant MURILLO-LENIS. The trial is scheduled to begin on October 1st, 2008.

*Argument*

Counsel has met with Mr. MURRILLO-LENIS three (3) times, not counting his meeting at the courthouse in late July 2008.  There are several tapes to review with the client who has not heard any of them, notwithstanding the court's order directing the librarian to allow Mr. MURRILLO-LENIS access to the library's computers.   Hence, counsel is still in the process of evaluating what may be the most significant evidence the government will be relying on to convict Mr. MURRILLO-LENIS.  Reviewing these tapes is tedious and time consuming.  Counsel does not expect to finish his review of those tapes for at least another week as he was not able to visit with Mr. MURRILLO-LENIS on Wednesday as the client was taking an exam.

Counsel left a phone message with the government trial counsel on Wednesday August 6th, 2008 advising that he would be seeking an enlargement of time in which to file pre-trial motions.  The government has no objection to the defendant's request.

*Prayer*

WHEREFORE, the defendant requests that the court grant an enlargement of time in which to file motions to August 23rd, 2008 and that the government be required to respond to the same before trial.

Respectfully submitted,
ANTHONY D. MARTIN

By:_____
Anthony D. Martin, 362-537
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700

*Attorney for   Jesus Murillo-Lenis*