## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : |
| Defendant. | : |

### MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE

Comes now JESUS ANTONIO MURILLO-LENIS and moves for an order directing the government to preserve any notes, reports and tangible evidence that may be related to this case. This motion is made pursuant to *California v. Trombetta,* 104 S.Ct. 2528 (1984).

### POINTS AND AUTHORITIES

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Riley,* 189 F.3d 802, 806 (9th Cir. 1999)
3. 18 USC §3500

Respectfully submitted,
ANTHONY D. MARTIN, PC

By: _____
Anthony D. Martin, 362-537
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791(fax)

*Attorney for*
*JESUS ANTOINIO MURILLO-LENIS*