UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

CRIMINAL NO. 05-342 (RCL)

V

GERMAN VILLEGAS-MEJIA

## ORDER

This matter is before the court on the defendant, German Villegas-Mejia's Opposition to Government's Motion to Introduce Other Crimes Evidence, and

Upon consideration of the reasons set forth in the opposition and the record herein, it is this     day of        2008 ORDERED that the Government's motion to introduce other crimes evidence is DENIED and the defendant's Opposition is hereby GRANTED.

_____
The Honorable Chief Judge Lamberth